ANDERSON *v.* THE STATE.

COBB, J. In the light of the statement of the accused, the court was authorized to state to the jury that the homicide was admitted. The evidence authorized the verdict, and there was no error in refusing to grant a new trial.
*Judgment affirmed. All the Justices concurring.*

Submitted October 21, — Decided November 7, 1901.

Indictment for murder.   Before Judge Evans.   Tattnall superior court.   April term, 1901.

*J. V. Kelley*, for plaintiff in error.   *J. M. Terrell, attorney-general*, and *B. T. Rawlings, solicitor-general*, contra.